# DENTONS

**Rebecca Stark**
Associate

rebecca.stark@dentons.com
D   +1 212-398-7614

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

August 12, 2024

```
_____
Application granted. SO ORDERED.

Dated August 13, 2024          /s/ John G. Koeltl
New York, New York             John G. Koeltl, U.S.D.J.
_____
```

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Toro v. 1661, Inc.*, Case No. 1:24-cv-02251-JGK

Dear Judge Koeltl,

We represent Defendant 1661, Inc. ("Defendant") in the above-referenced matter. Together with counsel for Plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty-five (45) days, from August 12, 2024 to September 26, 2024.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Rebecca A. Stark*
Rebecca A. Stark