UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANDREW TORO, on behalf of himself and all
others similarly situated,

                              Plaintiff(s)

                                                                    24 civ 2251 (JGK)

            -against-

1661, INC.,

                              Defendant(s).
-----------------------------------------------------------------X

## ORDER

A stipulation of dismissal with prejudice having been entered on September 6, 2024,

The Clerk is directed to close this case.

**SO ORDERED.**

_____
        **JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        October 2, 2024